IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SANDRA MORRIS AND MICHAEL MORRIS,

   Plaintiffs,

VS.                                 NO. 05-2762-MaP

US AIRWAYS GROUP, INC., US AIRWAYS, INC.,
US AIRWAYS, US AIRWAYS EXPRESS, MESA AIR
GROUP, INC., MESA AIRLINES, INC.,
MESA AIRLINES, AND JETSTREAM GROUND
SERVICES, INC.,

   Defendants.

ORDER GRANTING MOTION TO STAY PROCEEDINGS

   Before the court is the November 22, 2005, motion of defendant US Airways, Inc. and its subsidiaries and affiliates to stay and permanently enjoin these proceedings pending further orders of the United States Bankruptcy Court for the Eastern District of Virginia. For good cause shown, the motion is granted and this case is stayed and permanently enjoined pending further order of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division.

   It is so ORDERED this 6th day of December, 2005.

                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02762 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Charles Jeffrey Barnett
FARRIS MATHEWS BRANAN BOBANGO & HELLEN
One Commerce Square
Ste. 2000
Memphis, TN 38103

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT